**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-02837-LTB-MJW

PENELOPE HOGE,

      Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

      Defendant.

_____

**ORDER SETTING SCHEDULING CONFERENCE AND
STANDING ORDER FOR ANY SETTLEMENT CONFERENCE**
_____

      Pursuant to D.C.COLO.LCivR 16,

      IT IS ORDERED that the Fed. R. Civ. P. 16(b) Scheduling Conference shall be held on **Wednesday, January 30, 2013 at 9:30 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  If this date is not convenient, counsel should confer with opposing counsel and contact my Chambers (303-844-2527) to obtain an alternate date.  Absent exceptional circumstances, no request for rescheduling will be entered unless made **five business days prior** to the date of the conference.

      <u>The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling Conference</u>.

      It is further ORDERED that counsel for the parties in this case are to hold a pre-scheduling conference meeting and jointly prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) on or before **January 9, 2013.**  Pursuant to Fed. R. Civ. P. 26(d), no discovery shall be submitted until after the pre-scheduling conference meeting, unless otherwise ordered or directed by the Court.

      The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures V.L., **no later than five (5) business days** prior to the scheduling conference.  **The proposed Scheduling Order is also to be submitted in a useable format (i.e. Word or Word**

**Perfect only) by email to Babcock_Chambers@cod.uscourts.gov.**

Parties not participating in ECF shall file their proposed Scheduling Order on paper with the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to file the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded from the Standardized Order Form section of the Court's website, found at http://www.cod.uscourts.gov/Forms.aspx**, and Appendix F.1 (Rev. 03/12) of the Local Rules of Practice for the District of Colorado.

Any out-of-state counsel shall comply with D.C.COLO.LCivR 83.3C prior to the Scheduling Conference.

Failure to appear at a Court-ordered conference or to comply with a Court-ordered deadline which has not been vacated by Court order may result in the imposition of sanctions.

The scheduling conference is conducted with <u>lead counsel present in person</u>. No parties other than pro se parties or representatives will be permitted to attend.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   December 19, 2012