**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-02837-LTB-MJW

PENELOPE HOGE,

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

        Defendant.
_____

**ORDER**
_____

      THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 39 - filed October 25, 2013), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                                s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED:  October 28, 2013